In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-110 CV


____________________



WEINGARTEN REALTY MANAGEMENT COMPANY, Appellant



V.



O.J. TORRES, MARTHA ANN TORRES, MARY B. TORRES, AND


W.F. WOODS, JR. FAMILY LIMITED PARTNERSHIP, Appellees






On Appeal from the County Court at Law


Orange County, Texas


Trial Cause No. 16614A






MEMORANDUM OPINION


 The appellant, Weingarten Realty Management Company, and the appellees, O.J.
Torres, Martha Ann Torres, Mary B. Torres, and W.F. Woods, Jr. Family Limited
Partnership, filed a joint motion to dismiss this appeal. The motion is voluntarily made by
the parties prior to any decision of this Court and should be granted. Tex. R. App. P.
42.1(a)(2). No other party filed notice of appeal. The motion to dismiss is granted and the
appeal is dismissed. Each party shall bear his or her own costs.

 APPEAL DISMISSED.


 ______________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered May 24, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.